STATE of Missouri,
Plaintiff/Respondent,

v.

Shawn MORGAN, Defendant/Appellant.

No. ED 105023

Missouri Court of Appeals,
Eastern District,
DIVISION FOUR.

Filed: August 29, 2017

FOR APPELLANT: Nancy A. MCKerrow, 1400 Forum Blvd, Suite 1C #203, Columbia, Missouri 65203.

FOR RESPONDENT: Garrick Aplin, P.O. Box 899, Jefferson City, Missouri 65102.

Before Colleen Dolan, P.J., Mary K. Hoff, J., and Lisa S. Van Amburg, J.

## ORDER

PER CURIAM

Shawn Morgan appeals the circuit court's judgment after a jury convicted him of voluntary manslaughter for the shooting death of Kelvin Dawson. Finding no error, we affirm.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 30.25(b).